```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
               CIVIL DOCKET ENTRIES FOR CASE A04-0092--CV (RRB)
                             "HOWARD MYER V USA"

              Including terminated parties, excluding terminated counsel


   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:
     Referral Rule:
             Filed: 04/30/04
            Closed: NO

      Jurisdiction: (2) U.S. Defendant
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (360) Other personal injury

            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $150.00 on 05/02/04 receipt # 00123030
          Trial by: Court


Parties of Record:                            Counsel of Record:

PLF 1.1            MYER, HOWARD                   Charles W. Coe
                                                  Smith Coe et al
                                                  805 W. 3rd Avenue, Suite 100
                                                  Anchorage, AK 99501
                                                  907-276-6173
                                                  FAX 907-279-1884

DEF 1.1            UNITED STATES OF AMERICA       Daniel R. Cooper
                                                  U.S. Attorney's Office
                                                  222 W. 7th Avenue, #9
                                                  Anchorage, AK 99513-7567
                                                  907-271-5071
                                                  FAX 907-271-2344
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A04-0092--CV (RRB)
                                  "HOWARD MYER V USA"

                                  For all filing dates


    Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
    Magistrate Judge:
       Referral Rule:
              Filed: 04/30/04
             Closed: NO

       Jurisdiction: (2) U.S. Defendant
      PLF Diversity:
      DEF Diversity:

     Nature of Suit: (360) Other personal injury

             Origin: (1) Original Proceeding
             Demand:
         Filing fee: Paid $150.00 on 05/02/04 receipt # 00123030
           Trial by: Court


Document #    Filed     Docket text

      1 -  1  04/30/04  Complaint filed; Summons issued.

      2 -  1  06/30/04  RRB Minute Order that plf is required to take action as to failure to
                        serve. Plf to comply with Rule 4(m) FRCP.  cc: cnsl

      3 -  1  07/08/04  PLF 1 Return of Service Executed re: John Ashcroft on 6/3/04 & USA %USA
                        Attorney on 5/12/04.

      4 -  1  07/09/04  DEF 1 Unopposed motion for extension of time to file answer.

      4 -  2  07/13/04  RRB Order granting Unopposed motion for extension of time to file answer
                        (4-1).  cc: cnsl

      5 -  1  07/29/04  DEF 1 Second unopposed motion for extension of time until 8/20/04 to
                        file answer.

      5 -  2  07/30/04  RRB Order granting second unopposed motion for extension of time until
                        8/20/04 to file an answer (5-1).  cc: cnsl

   NOTE -  1  08/02/04  Notation: Docket #6 not used.

      7 -  1  08/20/04  DEF 1 Unopposed motion for extension of time until 9/17/04 to file its
                        answer to plf's complaint.

      7 -  2  08/23/04  RRB Order granting unopposed motion for extension of time until 9/17/04
                        to file its answer to plf's complaint (7-1).   cc: cnsl

      8 -  1  09/17/04  DEF 1 Answer to Complaint.

      9 -  1  09/24/04  RRB Minute Order re case is good candidate for ENE; unless parties file
                        a notice by 10/12/04 declining to participate in an ENE, case will
                        proceed to ENE w/judge von der Heydt as the evaluator. cc: cnsl, Judge
                        von der Heydt

     10 -  1  10/21/04  JAV Minute Order re: tele conf held 10/20/04; cnsl to submit written ENE
                        stmt to JAV by 11/19/04; ENE session set in chambers on 11/30/04 @ 2:30
                        p.m.. cc: cnsl, Judge Beistline, ADR Administrator


ACRS: R_VDSDX                As of 10/31/05 at 4:42 PM by GARRY                     Page 1
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A04-0092--CV (RRB)
                                      "HOWARD MYER V USA"

                                      For all filing dates


Document #    Filed      Docket text

    11 -  1   12/02/04   JAV Minute Order re: early neutral evaluation; matter returned to trial
                         judge for normal pre-trial management. cc: cnsl, Judge Beistline

    12 -  1   12/06/04   RRB Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                         due w/i 28 days from svc of this ord. cc: cnsl

    13 -  1   01/04/05   PLF 1; DEF 1 Scheduling and Planning Conference Report.

    14 -  1   01/07/05   RRB Scheduling and Planning Order setting pretrial deadlines: Original
                         discovery 06/30/05; Dispositive motions deadline 06/30/05; TBC. cc: cnsl

    15 -  1   05/31/05   DEF 1 Witness List.

    16 -  1   05/31/05   PLF 1 Final Witness List.

    17 -  1   06/29/05   PLF 1 Unopposed motion for extention of time until 8/29/05 for the close
                         of discovery.

    18 -  1   07/06/05   RRB Order granting unopposed motion for extension of time (17-1);
                         setting the following dates: Discovery to close 08/29/05; Dispositive
                         motions deadline 09/29/05. cc: cnsl

    19 -  1   10/07/05   RRB Order re: certification of readiness for trial; parties to certify
                         or file a report within 15 days from the date of this order. cc:cnsl

    20 -  1   10/24/05   PLF 1; DEF 1 Status Report.

    21 -  1   10/27/05   RRB Minute Order further status report is due by 1/27/05. cc: cnsl
```