**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

<u>  HOWARD MYER  </u>  v.  <u>  UNITED STATES OF AMERICA  </u>

THE HONORABLE RALPH R. BEISTLINE

Deputy Clerk                                                              CASE NO. <u>  3:04-cv-00092-TMB  </u>

<u>  Elisa Singleton  </u>

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**       DATE: April 5, 2006

      Counsel for plaintiff shall submit appropriate closing papers within thirty (30) days from the date of this minute order or a further report on the status of mediation and settlement.

      If the court receives neither appropriate closing papers nor a report within thirty (30) days from the date of this order, the court will dismiss the matter with prejudice.