CHARLES W. COE
805 W 3rd Avenue, Suite #100
Anchorage, Alaska 99501

P (907) 276-6173
F (907) 279-1884

Attorney for Plaintiff
ABA#7804002

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HOWARD MYER, ) | |
| ) | |
| Plaintiff, ) | CASE NO.: AO4-0092 (RRB) |
| ) | |
| v. ) | |
| ) | **STATUS REPORT** |
| UNITED STATES OF AMERICA ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

The parties in the above case conferred on April 5, 2006, and jointly report to the trial court as follows:

1. The above case has settled.

2. Plaintiff is waiting to receive settlement funds via bank transfer.

3. Once funds are received this action will be dismissed.

4. The parties anticipate that the funds will be received and the case dismissed within 45 days.

DATED this 5th day of April, 2006.

CHARLES W. COE
Attorney for Plaintiff

/s/ Charles W. Coe
_____
Charles W. Coe
ABA#7804002