CHARLES W. COE
805 W 3rd Avenue, Suite #100
Anchorage, Alaska 99501
P (907) 276-6173
F (907) 279-1884

Attorney for Plaintiff
ABA#7804002

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| HOWARD MYER, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO.: AO4-0092 (RRB) |
| | ) | |
| v. | ) | **UNOPPOSED** |
| | ) | **MOTION TO DISMISS** |
| UNITED STATES OF AMERICA | ) | **CASE WITH PREJUDICE** |
| | ) | |
| Defendants. | ) | |
| | ) | |

COMES NOW, the plaintiff, HOWARD MYER, by and through his attorney, CHARLES W. COE, who hereby moves for an order dismissing the above case with prejudice based on a settlement that has been completed in this case. Each side shall bear their own costs and attorney fees in this matter.

This motion is unopposed by the defendant.

DATED this 25th day of May, 2006

                        CHARLES W. COE
                        Attorney for Plaintiff

                        /s Charles W. Coe
                        _____
                        Charles W. Coe
                        ABA#7804002