CHARLES W. COE
805 W 3rd Avenue, Suite #100
Anchorage, Alaska 99501
P (907) 276-6173
F (907) 279-1884

Attorney for Plaintiff
ABA#7804002

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| HOWARD MYER, ) | |
| ) | |
| Plaintiff, ) | CASE NO.: AO4-0092 (RRB) |
| ) | |
| v. ) | **ORDER RE: UNOPPOSED** |
| ) | **MOTION TO DISMISS** |
| UNITED STATES OF AMERICA ) | **CASE WITH PREJUDICE** |
| ) | |
| Defendants. ) | |
| ) | |

IT IS HEREBY ORDERED that:

The above case is dismissed with prejudice each side shall bear their own costs and attorney fees in this matter.

DATED this _____ day of May, 2006

_____
U.S. DISTRICT COURT JUDGE