CHARLES W. COE
805 W 3rd Avenue, Suite #100
Anchorage, Alaska 99501
P (907) 276-6173
F (907) 279-1884

Attorney for Plaintiff
ABA#7804002

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| HOWARD MYER, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO.: AO4-0092 (RRB) |
| | ) | |
| v. | ) | **ORDER RE: UNOPPOSED** |
| | ) | **MOTION TO DISMISS** |
| UNITED STATES OF AMERICA | ) | **CASE WITH PREJUDICE** |
| | ) | |
| Defendants. | ) | |

IT IS HEREBY ORDERED that:

The above case is dismissed with prejudice each side shall bear their own costs and attorney fees in this matter.

DATED this __5__ day of ~~May~~ June, 2006

_____
U.S. DISTRICT COURT JUDGE

Myer v. US.A.
A04-0092 (RRB)
Order Re: Motion to Dismiss With Prejudice
Page 1 of 1